**Cathy Lynn RODRIGUEZ**
**Plaintiff-Appellant**

v.

**Nancy A. BERRYHILL, Acting Commissioner of Social Security Administration Defendant-Appellee**

**No. 17-1435**

United States Court of Appeals, Eighth Circuit.

Submitted: February 14, 2018

Filed: March 8, 2018

Timothy James Cullen, Cullen & Company, Little Rock, AR, Jason M. Hatfield, Jason M. Hatfield, P.A., Fayetteville, AR, for Plaintiff-Appellant

Traci B. Davis, Kendall Morrison Rees, Assistant Regional Counsel, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, Deborah Groom, Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Arkansas, Fort Smith, AR, for Defendant-Appellee

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.

PER CURIAM.

Cathy Lynn Rodriguez appeals the order of the district court[1] affirming the

1. The Honorable P.K. Holmes, III, United States District Judge for the Western District of Arkansas.

Commissioner's denial of disability insurance benefits. For reversal, Rodriguez contends that the ALJ erred by failing to give controlling weight to her treating physician's evaluation. Following careful review of the parties' submissions and the record before us, we conclude that the ALJ properly considered and weighed the physician's opinion, that the ALJ's determinations are supported by substantial evidence on the record as a whole, and that Rodriguez's arguments do not require reversal. See Andrews v. Colvin, 791 F.3d 923, 928 (8th Cir. 2015). Accordingly, we affirm the district court's judgment. See 8th Cir. R. 47B.